**WEST VIRGINIA CWP FUND, as carrier for East View Trucking, Inc., Petitioner,**

v.

**Carl E. MATLICK; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 13–1922.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 25, 2014.

William S. Mattingly, Jeffrey R. Soukup, Jackson Kelly PLLC, Morgantown, West Virginia, for Petitioner. Cheryl Catherine Cowen, Waynesburg, Pennsylvania; Sean Gregory Bajkowski, Kathleen Kim, Gary K. Stearman, United States Department of Labor, Washington, D.C., for Respondents.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

West Virginia CWP Fund seeks review of the Benefits Review Board's decision and order affirming the Administrative Law Judge's ("ALJ") award of black lung benefits to Carl E. Matlick, pursuant to 30 U.S.C. §§ 901–945 (2012). Our review of the record discloses that the ALJ's deci-sion is based upon substantial evidence and is without reversible error. *See Island Creek Coal Co. v. Compton*, 211 F.3d 203, 207–08 (4th Cir.2000) (providing standard of review). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*